CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 09 2004

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 3:00CR00007 |
| ) | |
| HERMAN J. GEBELE ) | |
| ) | |
| Defendant ) | |

ORDER

This Court, having considered the EX PARTE PETITION FOR REMISSION OF FINE filed by the United States of America, and it appearing proper so to do, it is hereby

ORDERED

that all of the unpaid portion of the fine, including interest and penalties, if any, be and it hereby is remitted.

The Clerk shall certify copies of this Order to the following:

    Julie C. Dudley, Assistant United States Attorney
    Financial Litigation Unit
    U. S. Attorney's Office
    Post Office Box 1709
    Roanoke, Virginia 24008

    Lynn Cochran, Financial Deputy
    United States District Court
    Post Office Box 1234
    Roanoke, Virginia 24006

ENTER this 9th day of November, 2004.

_____
UNITED STATES DISTRICT JUDGE